UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG 13 AM 10: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 2509 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Filiberto GIRON-Cisneros ) | Attempted Entry After |
| (AKA: Rodrigo CISNEROS-Martinez, ) | Deportation |
| Alberto GIRON-Cisneros) ) | |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **August 11, 2008**, within the Southern District of California, defendant **Filiberto GIRON-Cisneros (AKA: Rodrigo CISNEROS-Martinez and Alberto GIRON-Cisneros)** an alien, who previously had been excluded, deported and removed from the United States to **Mexico** attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 13th DAY OF **AUGUST, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On August 11, 2008, at approximately 2245 hours, **Filiberto GIRON-Cisneros (AKA: Rodrigo CISNEROS-Martinez and Alberto GIRON-Cisneros) (Defendant),** applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry, through the vehicle primary lanes as the driver of a Silver Oldsmobile. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented, as his own, a Permanent Resident Alien Card (form I-551) bearing the picture and name of Arturo Duran-Sanchez. During a cursory inspection of the vehicle, CBP Officer discovered four persons concealed in the trunk of the vehicle. CBP Officer requested assistance from another CBP Officer in escorting Defendant and vehicle into secondary inspection.

In secondary, two females and two males were removed from the trunk of the vehicle. All four were determined to be undocumented aliens and citizens of Mexico. Defendant was determined to be an imposter to the I-551, Resident Alien Card. Defendant was queried by ten-digit fingerprint and photograph submission through the Automated Biographic Identification System and Integrated Automated Fingerprint Identification System (IDENT/IAFIS). IDENT/IAFIS returned a match to the query, verifying Defendant's identity and linking him to Immigration Service and FBI records.

Immigration records checks, including Central Index System (CIS) and the Deportable Alien Control System (DACS) identify Defendant as a citizen of Mexico. DACS shows that on or about October 31, 2005, an Immigration Judge ordered Defendant deported/removed from the United States to Mexico. DACS records indicate Defendant was most recently removed from the United States to Mexico on or about May 11, 2007 through the San Ysidro, California Port of Entry. Immigration records contain no evidence that Defendant has applied for or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a video recorded interview, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without benefit of counsel. Defendant admitted he is a citizen of Mexico with no document or other benefit that would permit his legal entry into the United States. Defendant admitted he was deported from the United States to Mexico by an Immigration Judge. Defendant stated he has not applied for a pardon or received permission from the United States Government to re-enter the United States. Defendant admitted that in exchange for driving the vehicle with the undocumented aliens, he was to pay $300 USD instead of $2,000 USD. Defendant stated if successful in entering the United States he was to travel to Corrales, California where he was to seek employment.