1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Giron-Cisneros
7
8             UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2509 |
12 |         Plaintiff, | ) | |
13 | v. | ) | **NOTICE OF APPEARANCE** |
14 | **FILBERTO GIRON-CISNEROS,** | ) | |
15 |         Defendant. | ) | |

16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,
19 in the above-captioned case.
20                                         Respectfully submitted,
21 Dated: August 14, 2008              *s/ Bridget Kennedy*
                                        Federal Defenders of San Diego, Inc.
22                                      *bridget_kennedy@fd.org*
23
24
25
26
27
28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Giron-Cisneros

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2509 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **FILBERTO GIRON-CISNEROS**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov;

Dated: August 14, 2008
                                                        *s/ Michelle Betancourt*
                                                        MICHELLE BETANCOURT
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467 (tel)
                                                        (619) 687-2666 (fax)
                                                        e-mail: michelle_betancourt@fd.org